**Order entered November 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01141-CV

**CITY OF SAGINAW, TEXAS, Appellant**

**V.**

**BRANDON CRUZ, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-19227**

## ORDER

Before the Court is court reporter Gina Udall's November 14, 2019 request for extension of time to file the reporter's record. Ms. Udall explains the extension is necessary because the fee for the record, which appellee requested, has not been paid. We rule as follows.

We **ORDER** appellee to file, no later than December 2, 2019, written verification he has paid or made arrangements to pay the reporter's fee. We further **ORDER** Ms. Udall to file the record no later than December 12, 2019 and appellee to file his response brief no later than January 2, 2020.

/s/  BILL WHITEHILL
    JUSTICE